ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
REFUGIO SANTANA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-03-5107 AWI |
| Plaintiff, | STIPULATION FOR CONTINUANCE AND PROPOSED ORDER THEREIN |
| vs. | |
| REFUGIO SANTANA, | |
| Defendant. | |

   IT IS HEREBY STIPULATED between the Defendant, REFUGIO SANTANA, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Dawrence Rice, that the Hearing now set for July 25, 2005, at 9:00 a.m. be continued to August 1, 2005 at 9:00 a.m.

   It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

      Title 18, United States Code, Section 3161(h)(1)(A) which
      states:
         (h)  The following periods of delay shall be excluded in

computing the time within which any information or an indictment must be filed, or in computing the time within which the trial of any such offense must commence:

(1) Any period of delay resulting from other proceedings concerning the defendant, including but not limited to –

    (A) delay resulting from an proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant;

    Respectfully submitted,

Dated: July 21, 2005

    /s/ Anthony P. Capozzi

Anthony P. Capozzi,
Attorney for Defendant,
Refugio Santana

Dated: July 21, 2005

    /s/ Dawrence Rice

Dawrence Rice,
Assistant U.S. Attorney

2

**ORDER**

   IT IS SO ORDERED.  Good cause having been shown, the Hearing set for July 25, 2005, is vacated and continued to August 1, 2005 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §3161(h)(1)(A).


IT IS SO ORDERED.

**Dated:   July 25, 2005**                              **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE

3