ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
REFUGIO SANTANA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-03-5107 AWI |
| Plaintiff, | ) STIPULATION FOR CONTINUANCE AND ORDER THEREIN |
| vs. | ) |
| REFUGIO SANTANA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, REFUGIO SANTANA, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Dawrence Rice, that the Hearing now set for Tuesday, February 21, 2006, at 9:00 a.m. be continued to Monday, February 27, 2006 at 9:00 a.m.

This request is made based upon the fact that a Plea Agreement is being prepared by the Government and Defense counsel will not have an opportunity to review the Agreement with the Defendant prior to the Hearing scheduled for February 21, 2006.  It is requested that the Hearing scheduled for February 27, 2006 be placed on calendar for a Plea Hearing.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

Title 18, United States Code, Section 3161(h)(1)(A) which states:

(h)   The following periods of delay shall be excluded in computing the time within which any information or an indictment must be filed, or in computing the time within which the trial of any such offense must commence:

(1)   Any period of delay resulting from other proceedings concerning the defendant, including but not limited to –

(A)   delay resulting from an proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant;

Respectfully submitted,

Dated:   February 15, 2006

/s/   Anthony   P.   Capozzi

Anthony P. Capozzi,
Attorney for Defendant,
Refugio Santana

Dated:   February 15, 2006

/s/ Dawrence Rice

Dawrence Rice,
Assistant U.S. Attorney

2

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Hearing set for February 21, 2006, is vacated and continued to February 27, 2006 at 9:00 a.m. for a Plea Hearing.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §3161(h)(1)(A).

IT IS SO ORDERED.

**Dated:   February 15, 2006**                     _____/s/ Anthony W. Ishii_____
0m8i78                                               UNITED STATES DISTRICT JUDGE

3